IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

SERVICE EMPLOYEES OF UPSTATE
NEW YORK PENSION FUND, by
George Kennedy and Susan Nicholson,                CIVIL NO.  5:11-CV-206
as Trustees,                                                              (DNH/DEP)

                                        Plaintiff,

         vs.

BLOSSOM SOUTH NURSING AND
REHABILITATION CENTER,

                                        Defendant.

_____

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been

settled, or is in the process of being settled.  Counsel has also advised the

Court that no infant or incompetent is a party to this action.  Accordingly,

pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that:

1)  The above captioned case is hereby **DISMISSED** in its entirety

**without prejudice** to re-opening upon the motion of any party within thirty

days of the date of the filing of this order upon a showing that the settlement

was not consummated;

2)  The dismissal of the above captioned case shall become **with**

**prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

   3)  The Clerk shall serve by electronic means copies of this Judgment upon the attorneys for the parties appearing in this action.

IT IS SO ORDERED.

_____
United States District Judge


Dated:  July 5, 2011
          Utica, New York